**Order entered December 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01369-CV

### MICHAEL D. WILSON, Appellant

### V.

### WOODLAND HILLS APARTMENT, Appellee

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-15-04980-C

## ORDER

As appellant's November 16, 2015 affidavit of indigency appears not to have been contested, we **ORDER** Dallas County Clerk John Warren and court reporter Janet E. Wright to file the appellate record without prepayment of costs no later than March 7, 2016. *See* TEX. R. APP. P. 20.1(f).

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren, Ms. Wright, and the parties.

/s/    CRAIG STODDART
        JUSTICE